**Opinion issued August 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00603-CV

———————————

## IN RE M.L.L.-R., RELATOR

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, parent of a minor child, has filed a petition for writ of mandamus requesting that this Court compel Valley Oaks Elementary School and Spring Branch Independent School District to "perform [their] statutory duty by promptly granting [relator's] petition to repeat grade."

"Except to protect our jurisdiction, our authority to issue writs of mandamus is limited to district and county court judges." *Jenness v. Daggett*, No. 01-88-01031-CV, 1988 WL 125197, 1 (Tex. App.—Houston [1st Dist.] Nov. 23, 1988, no writ);

*see also* TEX. GOV'T CODE § 22.221. There is no underlying lawsuit to compel the elementary school or the school district to act, thus mandamus would not serve to protect our jurisdiction. And, we have no jurisdiction otherwise to mandamus the elementary school or the school district. *See id.*

Accordingly, we dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.